

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00126-CV

**WELLS FARGO BANK, N.A.**, as Trustee for Securitized Asset Backed Receivables L.L.C. 2005-FR4 Mortgage Pass-Through Certificates Series 2005-FR4,
Appellant

v.

**KINGMAN HOLDINGS, L.L.C.**, as Trustee of the Manderly Place 8118 Land Trust,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17188
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  June 3, 2015

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed an unopposed motion to dismiss this appeal.  We grant the motion.  *See*

TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellant.  *See* TEX. R. APP. P.

42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM